UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Melvin JOHNSON, Jamal SCOTT, and Armando TORRES; individually and on behalf of all similarly situated individuals,

                Plaintiffs,

-vs-

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, GOVERNOR ANDREW CUOMO, in his official capacity, ACTING COMMISSIONER ANTHONY ANNUCCI, in his official capacity, and THE STATE OF NEW YORK,

                Defendants.
_____

**ANSWER TO THE COMPLAINT**

**18-CV-6568**

        Defendants by their attorney, Barbara D. Underwood, Attorney General of the State of New York, Gary M. Levine, of counsel, for their answer to the petition in the above captioned proceeding, respectfully alleges as follows:

1. Denies knowledge or information as to allegations contained in paragraphs 1, 2, 4, 8, 9, 10, 22, 26, 28, 30, 32, 37, 39, 40, 41, 42, 43, 45, 46, 47, 48, 54, 55, 56, 57, 58, 59, 60, 63, 64, 65, 66, 69, 70, 71, 74, 75, 76, 77, 102, 108, 111, 120, 122, 123, 124, 127, 128, 129, 130, 131, 132, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 162, 163, 164, 165, 167, 168, 169 and 170 of the petition.

2. Denies the allegations contained in the paragraphs numbered 6, 7, 20, 21, 29, 44, 52, 53, 61, 62, 67, 72, 81, 82, 84, 85, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 103, 104, 107, 112, 114, 115, 116, 118, 121, 125, 126, 133, 135, 136, 137, 140, 141, 142, 143, 156, 157, 158, 159, 160, 171, 173 and 174 of the petition.

3. Admits to the allegations contained in paragraphs numbered 3, 5, 11, 12, 13, 14, 15,

16, 17, 18, 19, 23, 24, 25, 27, 31, 33, 34, 35, 36, 38, 49, 50, 51, 68, 73, 78, 79, 80, 83, 86, 101, 105, 106, 109, 110, 113, 117, 119, 134, 138, 139, 166 and 172 of the petition.

4. Repeats the allegations contained in paragraphs 144 and 161 of the petition.

5. Denies each and every allegation of the petition not otherwise specifically addressed.

## AS AND FOR A FIRST, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

6. That this action is barred, in whole or in part, by plaintiffs' failure to exhaust their administrative remedies.

## AS AND FOR A SECOND, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

7. That this action is barred, in whole or in part, by collateral estoppel or res judicata.

## AS AND FOR A THIRD, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

8. The defendants, at all times relevant hereto, acted without malice and under the reasonable belief that their actions were proper and in accordance with existing law and did not violate any of the plaintiffs' rights.

9. Consequently, the defendants is entitled to qualified immunity.

## AS AND FOR A FOURTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

10. The doctrine of <u>respondeat superior</u> does not apply in actions brought pursuant to 42 U.S.C. §1983, and bars relief to the plaintiffs.

## AS AND FOR A FIFTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

11.     That this action is barred, in whole or in part, by the Eleventh Amendment to the United States Constitution.

## AS AND FOR A SIXTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

12.     The complaint is barred in whole or in part due to plaintiffs' failure to file the complaint within the applicable Statute of Limitations.

**WHEREFORE**, defendants pray that judgment be entered dismissing the complaint in all respects and that defendants be awarded reasonable costs and attorneys' fees and for such other and further relief as may be just, proper, and equitable.

Dated:   October 5, 2018
             Rochester, New York

BARBARA D. UNDERWOOD
Attorney General of the State of New York
Attorney for all Defendants

 s/Gary M. Levine
GARY M. LEVINE
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone: (585) 546-7430
gary.levine@ag.ny.gov

## CERTIFICATE OF SERVICE BY MAIL

I certify that on October 5, 2018, I electronically filed the foregoing Answer to the Complaint on behalf of all defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Jessica Louise Barlow
   Disability Rights New York
   44 Exchange Blvd
   Suite 110
   Rochester, NY 14614
   585-512-4841
   585-348-9823 (fax)
   jessica.barlow@drny.org

2. Simeon L. Goldman
   Disability Rights New York
   725 Broadway
   Suite 450
   Albany, NY 12207
   518 432-7861
   518 427-6561 (fax)
   sim.goldman@drny.org

3. Megan T Williams
   Disability Rights New York
   725 Broadway
   Suite 450
   Albany, NY 12207
   518 275-9492
   518 427-6561 (fax)
   megan.williams@drny.org

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. n/a

BARBARA D. UNDERWOOD
Attorney General of the State of New York
Attorney for all Defendants


 s/Gary M. Levine
GARY M. LEVINE
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone:  (585) 546-7430
gary.levine@ag.ny.gov