UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Melvin JOHNSON, Jamal SCOTT, and Armando TORRES; individually and on behalf of all similarly situated individuals,

                Plaintiffs,

-against-

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, GOVERNOR ANDREW CUOMO, in his official capacity, ACTING COMMISSIONER ANTHONY ANNUCCI, in his official capacity, and THE STATE OF NEW YORK,

                Defendants.

CIVIL CASE NO. 18-CV-6568

NOTICE OF CHANGE OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 83.2(d) of the Local Rules for the United States District Courts for the Western District of New York, I, Megan Williams, attorney for the Plaintiff in this matter, hereby withdraw as an attorney of record as my last day at Disability Rights New York will be on December 14, 2018. Jessica Barlow and Simeon Goldman of Disability Rights New York will continue to serve as counsel of record to the Plaintiffs in the above-referenced matter. I hereby request that my name and email address be removed from the case's official docket.

DATED:    December 13, 2018
                Albany, New York

                                        **/S/ Megan Williams**
                                        Megan Williams, Esq.
                                        DISABILITY RIGHTS NEW YORK
                                        *Attorney for Plaintiffs*
                                        725 Broadway
                                        Albany, NY 12207
                                        (518) 432-7861
                                        (518) 427-6561 (Fax) (not for service)
                                        Megan.williams@DRNY.org

IT IS SO ORDERED

Dated: _____, 2018    _____
                                            Hon. Christina Clair Reiss
                                            United States District Judge