UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Melvin JOHNSON, Jamal SCOTT, and
Armando TORRES; individually and on
behalf of all similarly situated individuals,

    Plaintiffs,       **NOTICE OF MOTION**
              **TO EXTEND THE**
              **SCHEDULING ORDER**
  -vs-           **18-CV-6568**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, GOVERNOR ANDREW
CUOMO, in his official capacity, ACTING
COMMISSIONER ANTHONY ANNUCCI,
in his official capacity, and THE STATE OF
NEW YORK,

    Defendants.
_____

  **PLEASE TAKE NOTICE** that upon the pleadings in this action all papers previously filed and the attorney declaration, Defendants move for an order granting a motion to Extend the Scheduling Order as well as such other and further relief as this Court may deem just and proper.

  This Motion is submitted on the papers. No oral argument is requested. The Defendants reserve the right to submit reply papers.

Dated: April 25, 2019
   Rochester, New York

            LETITIA JAMES
            Attorney General of the State of New York
            Attorney for Defendants

            _s/Gary M. Levine_____
            GARY M. LEVINE
            Assistant Attorney General of Counsel
            NYS Office of the Attorney General
            144 Exchange Boulevard, Suite 200
            Rochester, New York  14614
            Telephone:  (585) 546-7430
            gary.levine@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on April 25, 2019, I electronically filed the foregoing Notice of Motion to Extend the Scheduling Order on behalf of defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Jessica Louise Barlow
   Disability Rights New York
   44 Exchange Blvd
   Suite 110
   Rochester, NY 14614
   585-512-4841
   585-348-9823 (fax)
   jessica.barlow@drny.org

2. Simeon L. Goldman
   Disability Rights New York
   725 Broadway
   Suite 450
   Albany, NY 12207
   518 432-7861
   518 427-6561 (fax)
   sim.goldman@drny.org

3. Megan T Williams
   Disability Rights New York
   725 Broadway
   Suite 450
   Albany, NY 12207
   518 275-9492
   518 427-6561 (fax)
   megan.williams@drny.org

    LETITIA JAMES
    Attorney General of the State of New York
    Attorney for Defendants

    s/Gary M. Levine_____
    GARY M. LEVINE
    Assistant Attorney General of Counsel
    NYS Office of the Attorney General
    144 Exchange Boulevard, Suite 200
    Rochester, New York 14614
    Telephone: (585) 546-7430
    gary.levine@ag.ny.gov