UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Melvin JOHNSON, Jamal SCOTT, and
Armando TORRES; individually and on
behalf of all similarly situated individuals,

                       Plaintiffs,                        **DECLARATION**

       -vs-                                    **18-CV-6568**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, GOVERNOR ANDREW
CUOMO, in his official capacity, ACTING
COMMISSIONER ANTHONY ANNUCCI,
in his official capacity, and THE STATE OF
NEW YORK,

                       Defendants.
_____

1. I am an Assistant Attorney General, of counsel to Letitia James, Attorney General of the State of New York and, in that capacity, represent the New York State defendants in the above captioned proceeding.

2. I make this application for an extension of the Court's February 4, 2019 discovery plan (doc. #18).

3. Plaintiff sent to defendants a request for documents and interrogatories dated March 26, 2019.

4. I am working to complete the responses, but have not yet completed the responses.

5. I was on trial the last week of March and have a trial scheduled the week of June 3, 2019. I am also away with my family April 26, 2019 to May 2, 2019.

6. I therefore request that the close of class discovery be due on June 3, 2019 and the deadline for the motion for class certification be due on or before June 28, 2019.

7. Plaintiff's counsel does not oppose my request for an extension of fact discovery and

time for me to respond, so long as the motion for class certification is also extended.

Dated: April 25, 2019

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants


 s/Gary M. Levine
GARY M. LEVINE
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone:  (585) 546-7430
gary.levine@ag.ny.gov

## CERTIFICATE OF SERVICE BY MAIL

I certify that on April 25, 2019, I electronically filed the foregoing Attorney

Declaration on behalf of all defendants with the Clerk of the District Court using

CM/ECF system, which sent notification of such filing to the following:

1.   Jessica Louise Barlow
     Disability Rights New York
     44 Exchange Blvd
     Suite 110
     Rochester, NY 14614
     585-512-4841
     585-348-9823 (fax)
     jessica.barlow@drny.org

2.   Simeon L. Goldman
     Disability Rights New York
     725 Broadway
     Suite 450
     Albany, NY 12207
     518 432-7861
     518 427-6561 (fax)
     sim.goldman@drny.org

3.   Megan T Williams
     Disability Rights New York
     725 Broadway
     Suite 450
     Albany, NY 12207
     518 275-9492
     518 427-6561 (fax)
     megan.williams@drny.org

LETITIA JAMES
Attorney General of the State of New York
Attorney for all Defendants

 s/Gary M. Levine
GARY M. LEVINE
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone:  (585) 546-7430
gary.levine@ag.ny.gov