

May 10, 2023

Hon. Mark W. Pederson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

    Re: *Melvin Johnson, et al. v. DOCCS, et al.* (18-CV-6568)

Dear Judge Pederson:

    I am writing to provide a status report pursuant to the Court's Text Order of January 11, 2023. (Dkt. 68). This status report is provided jointly with counsel for Defendants.

    On May 3, 2023, counsel confirmed that the parties are in agreement with all terms of the fully drafted Settlement Agreement. Counsel are currently gathering signatures on the Agreement from the parties. Class Counsel will submit the Settlement Agreement and its exhibits, along with unopposed Motion for Preliminary Approval of Class Action Settlement Agreement and accompanying memorandum of law via ECF as soon as possible.

    Counsel for both parties will be in attendance at the status conference currently scheduled for May 17, 2023.

    We appreciate the Court's continued patience, and thank you for your attention to this update.

Sincerely,

William J. Tronsor
Counsel for Plaintiffs

CC: All counsel via ECF


279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144

DRNY has office locations in
Albany | Brooklyn | Rochester

Phone: 518-432-7861
TTY: 518-512-3448
Fax: 518-427-6561